No. 781, Misc. WILLIAMS v. HEINZE, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 791, Misc. WHITE v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 797, Misc. TASCO v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 799, Misc. ADRIANO v. CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 800, Misc. NEAL v. CALIFORNIA ADULT AUTHORITY ET AL. Supreme Court of California. Certiorari denied.

No. 802, Misc. HANDY v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 805, Misc. RAGAN v. SECRETARY OF THE AIR FORCE ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Doar, Harold H. Greene* and *David Rubin* for respondents.

No. 819, Misc. ELLISON v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.